UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Maria Kapenda,

    Plaintiff,

v.

Kenneth L. Parker,

    Defendant.

Case No. 2:18–cv–593

Judge Michael H. Watson

Magistrate Judge Kimberly Jolson

## ORDER

On August 3, 2018, Magistrate Judge Jolson issued a report and recommendation ("R&R") recommending that this case be remanded. ECF No. 8.

Magistrate Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 3. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. This case is **REMANDED**. The Clerk of Court shall **TERMINATE** this case.

IT IS SO ORDERED.

                                              MICHAEL H. WATSON, JUDGE
                                              UNITED STATES DISTRICT COURT